THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARNEY FISHGOLD, Appellant.

Argued December 2, 1942; decided January 14, 1943.

*Harry G. Anderson* and *Samuel Bader* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.